# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK M. HARVEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. FLORES,<br><br>　　　　Defendant. | Case No. 1:12-cv-01518-MJS (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>**(ECF Nos. 7 & 8)**<br><br>**DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>**CLERK TO CLOSE CASE** |

  Plaintiff Frederick M. Harvey is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on September 14, 2012 pursuant to 42 U.S.C. § 1983. The complaint was dismissed for failure to state a claim, but Plaintiff was given leave to file an amended pleading provided he do so by not later than September 3, 2013. (ECF No. 7.) The September 3, 2013 deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so.

  Plaintiff was ordered to either show cause why this action should not be dismissed with prejudice for failure to comply with a Court order, or file an amended pleading, by not later than October 1, 2013. (ECF No. 8.) Plaintiff was warned that a failure to do so would

1

result in dismissal of the action with prejudice. (Id.) The October 1, 2013 deadline passed without Plaintiff filing an amended pleading or otherwise responding. Having considered the appropriate factors, the Court finds that this case should be dismissed with prejudice for failure to obey Court orders and failure to prosecute. See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992); Henderson v. Duncan, 779 F.2d 1421, 1423-24 (9th Cir. 1986).

Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE for failure to comply with Court orders and failure to prosecute, dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); Silva v. Di Vittoria, 658 F.3d at 1009, 1098 (9th Cir. 2011); and

2. The Clerk of the Court shall CLOSE the case.

IT IS SO ORDERED.

Dated:   October 9, 2013          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE