1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10

FREDERICK M. HARVEY,

11

Plaintiff,

12

13

v.

14

A. FLORES,

15

16

Defendant.

17

18

Case No. 1:12-cv-01518-MJS (PC)

**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE**

**(ECF Nos. 7 & 8)**

**DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)**

**CLERK TO CLOSE CASE**

19
20

Plaintiff Frederick M. Harvey is a former state prisoner proceeding pro se and in

21

forma pauperis in this civil rights action filed on September 14, 2012 pursuant to 42

22

U.S.C. § 1983. The complaint was dismissed for failure to state a claim, but Plaintiff was

23

given leave to file an amended pleading provided he do so by not later than September 3,

24

2013. (ECF No. 7.) The September 3, 2013 deadline passed without Plaintiff either filing an

25

amended pleading or seeking an extension of time to do so.

26

Plaintiff was ordered to either show cause why this action should not be dismissed

27

with prejudice for failure to comply with a Court order, or file an amended pleading, by not

28

later than October 1, 2013. (ECF No. 8.) Plaintiff was warned that a failure to do so would

1

result in dismissal of the action with prejudice. (Id.) The October 1, 2013 deadline passed

without Plaintiff filing an amended pleading or otherwise responding. Having considered the

appropriate factors, the Court finds that this case should be dismissed with prejudice for

failure to obey Court orders and failure to prosecute. See Ghazali v. Moran, 46 F.3d 52, 53-

54 (9th Cir. 1995); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992); Henderson

v. Duncan, 779 F.2d 1421, 1423-24 (9th Cir. 1986).

   Accordingly, it is HEREBY ORDERED that:

1.  This action is DISMISSED WITH PREJUDICE for failure to comply with Court

   orders and failure to prosecute, dismissal shall count as a strike pursuant to

   28 U.S.C. § 1915(g); Silva v. Di Vittoria, 658 F.3d at 1009, 1098 (9th Cir.

   2011); and

2.  The Clerk of the Court shall CLOSE the case.


IT IS SO ORDERED.

Dated:   October 9, 2013      /s/ *Michael J. Seng*
               UNITED STATES MAGISTRATE JUDGE